479 A.2d 1100

Commonwealth v. Klusewitz, Appellant.

Submitted May 4, 1984.  Glenn D. Welsh, Assistant Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgments of sentence affirmed.